DOUGLAS N. JACKSON, JR.

and

DOUGLAS N. JACKSON, JR.

as Guardian ad Litem for

LISA JACKSON, PAUL TIMOTHY JACKSON and

MALCOLM JACKSON, Minors

Appellants

v.

WARREN H. YOUNG

and

JAMES ISHERWOOD

No. 14,112

United States Court of Appeals

Third Circuit

Argued December 14, 1962

Decided January 3, 1963

*See, also, 311 F.2d 575*

DOUGLAS N. JACKSON, JR., Stanford, California, *argued pro se.*

JAMES H. ISHERWOOD, Christiansted, St. Croix, Virgin Islands (WARREN H. YOUNG, YOUNG & ISHERWOOD, Christiansted, St. Croix, Virgin Islands, on the brief) *for appellees.*

Before KALODNER and FORMAN, *Circuit Judges* and ROSENBERG, *District Judge*

PER CURIAM

Upon review of the record we find no error. The Order of the District Court dated April 25, 1962 will be affirmed.